Agnes Shekerjian, appellant, v. Paul Shekerjian, appellee. Gen. No. 31,699.

Paul Shekerjian, cross-complainant and appellant, v. Agnes Shekerjian, cross-defendant and appellee. Gen. No. 31,900.

Bill for separate maintenance. Dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 15, 1927.

Warren Pease, for Paul Shekerjian, appellant. Edward C. Guilmez, for Agnes Shekerjian, appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Bertha Weissman, appellee, v. David Weissman, appellant. Gen. No. 31,746.

Bill for separate maintenance. Appeal from order for payment of temporary alimony. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed. Opinion filed November 15, 1927.

Charles E. Erbstein, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Henry Newman, appellee, v. Abraham Schatz and Sarah Schatz, appellants. Gen. No. 31,877.

Action to recover down payment on realty purchase. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 15, 1927.

George N. Kotin and Edwin A. Halligan, for appellants. Joseph Rolnick, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Abner M. Aaron for use of Greenfield-Sherman Company, appellee, v. Roll-A-Way Bed Corporation, garnishee, appellant. Gen. No. 31,883.

Garnishment proceeding. Judgment against garnishee. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 15, 1927.

Benjamin I. Morris and Morris A. Mills, for appellant; Morris A. Mills, of counsel. Blanksten, Freeman & Freeman, for appellee; Kernal Freeman, of counsel.

Mr. Justice Gridley delivered the opinion of the court.